FILED
 2008 Sep-11 PM 12:54
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MAURICE JACKSON,** ) | |
| ) | |
| **Petitioner,** ) | |
| **vs.** ) | **Case No. CV 07-S-2186-S** |
| ) | |
| **GRANTT CULLIVER, Warden;** ) | |
| **ATTORNEY GENERAL OF** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents.** ) | |

## ORDER

On August 18, 2008, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed with prejudice. Petitioner filed objections on September 2, 2008.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections thereto, the Court is of the opinion that the report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is DISMISSED with prejudice as barred by 28 U.S.C. § 2244(d).

DONE this 11th day of September, 2008.

                                           /s/ Lynwood Smith
                                           United States District Judge